In the Matter of IGNATIUS KORNBLUH et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

(Submitted January 15, 1934; decided January 23, 1934.)

*John T. Dooling* for motion.
*Modie Harris* opposed.

Motion granted and appeal dismissed, without costs.